No. 90–5553. SCHLICHER *v.* YOUNG ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–5555. SULAK *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–5558. HOLSEY *v.* BAUMGARTEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–5559. HOLSEY *v.* MARYLAND PAROLE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–5562. LOVE *v.* MONROE COUNTY PRESENTMENT AGENCY. Ct. App. N. Y. Certiorari denied.

No. 90–5563. MCCOLLUM ET UX. *v.* WILLIAMS LEASING, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–5565. MULDOWNEY *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 90–5634. MOORE *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–5638. RONDON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5642. LIONEL F. *v.* CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 90–5652. SPENCER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 90–5670. FRICK *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–5713. PHILLIPS *v.* NUTH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.